IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARK BRADLEY BOYD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 324-022 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**

_____

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Coweta County, which is located in the Northern District of Georgia.  It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted.  See 28 U.S.C. § 2241(d).  Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia, Newnan Division, for further consideration.[1]  The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 8th day of April, 2024, at Augusta, Georgia.

_____

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The mailing address for the Office of the Clerk in the Northern District is 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.